UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. PEREZ,

        Plaintiff,                              Case No. 1:14-cv-1092

v.                                                 HON. JANET T. NEFF

SPARTAN ROOFING COMPANY, INC. and
SPARTAN ROOFING COMPANY, INC.
PROFIT SHARING PLAN,

        Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action.  Plaintiff filed a Motion for Judgment by Default (Dkt 10).  The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on April 1, 2015, recommending that judgment be entered in the form of the proposed judgment attached to the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 11) is APPROVED and ADOPTED as the opinion of the Court.

A Default Judgment will issue.

Dated:  April 21, 2015                                     /s/Janet T. Neff
                                                                             JANET T. NEFF
                                                                              United States District Judge